CARRIE A. TE BOW, Respondent, *v.* THE WASHINGTON LIFE
INSURANCE COMPANY, Appellant.

*Te Bow* v. *Washington L. Ins. Co.*, 59 App. Div. 310, affirmed.
(Argued October 13, 1902; decided October 28, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 15, 1901, affirming a judgment in favor of plaintiff
entered upon a decision of the court at a Trial Term without
a jury.

*Augustus H. Van Buren* for appellant.

*Warren C. Van Slyke* and *Charles W. Walton* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, CUL-
LEN and WERNER, JJ. Absent: HAIGHT, J.

---

JAMES CURRAN MANUFACTURING COMPANY, Respondent, *v.*
THE AULTMAN & TAYLOR MACHINERY COMPANY, Appellant.

*Curran Mfg. Co.* v. *Aultman & Taylor Co.*, 62 App. Div. 201, affirmed.
(Argued October 14, 1902; decided October 28, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered June
22, 1901, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial.

*William H. Blymyer* and *John Holden* for appellant.

*John J. Delany* for respondent.

Judgment affirmed, with costs, on prevailing opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT and
WERNER, JJ. Not voting: MARTIN, J. Dissenting: CUL-
LEN, J.